# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK MARVIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Civil Action No. 1:24-cv-03227 (UNA) |
| | ) |
| DONALD TRUMP, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## **Memorandum Opinion**

This matter is before the Court on petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of habeas corpus. ECF Nos. 1, 2. Petitioner's *in forma pauperis* application is granted. For the reasons below, the petition is dismissed.

The petition seeks to challenge criminal charges brought against President Donald Trump. ECF No. 1 at 1. As a general rule, a *pro se* litigant can represent only himself or herself in federal court. *See* 28 U.S.C. § 1654 (recognizing that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel"); *Georgiades v. Martin-Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984) (same); *U.S. ex rel. Rockefeller v. Westinghouse Elec. Co.*, 274 F. Supp. 2d 10, 15 (D.D.C. 2003) (same), *aff'd sub nom. Rockefeller ex rel. U.S. v. Washington TRU Solutions LLC*, No. 03-7120, 2004 WL 180264 (D.C. Cir. Jan. 21, 2004). Petitioner cannot bring this case on behalf of President Trump.

Petitioner also lacks standing to bring this case on his own behalf. "Article III of the Constitution limits the judicial power to deciding 'Cases' and 'Controversies.'" *In re Navy Chaplaincy*, 534 F.3d 756, 759 (D.C. Cir. 2008) (quoting U.S. Const. art. III, § 2). "One element

of the case-or-controversy requirement is that plaintiffs must establish that they have standing to sue." *Comm. on Judiciary of U.S. House of Representatives v. McGahn*, 968 F.3d 755, 762 (D.C. Cir. 2020) (internal quotation marks omitted). A party has standing for purposes of Article III if he has "(1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." *Id.* at 763 (quoting *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016)). Here, the petition lacks sufficient factual allegations showing that petitioner sustained (or is likely to sustain) any injury as a result of these claims.

The Court notes that petitioner has unsuccessfully filed at least 17 other substantially similar cases in this District. *See, e.g.*, *Marvin v. United States*, No. 21-cv-02856 (UNA); *Marvin v. United States*, No. 21-cv-02971 (UNA); *Marvin v. United States*, No. 21-cv-03129 (UNA); *Marvin v. United States*, No. 21-cv-03408 (UNA); *Marvin v. United States*, No. 21-cv-01493 (UNA); *Marvin v. United States*, No. 21-cv-01872 (UNA); *Marvin v. United States*, No. 21-cv-01948 (UNA); *Marvin v. United States*, No. 21-cv-02097 (UNA); *Marvin v. United States*, No. 21-cv-02956 (UNA); *Marvin v. United States*, No. 21-cv-02962 (UNA); *Marvin v. United States*, No. 21-cv-03084 (UNA); *Marvin v. United States*, No. 22-cv-01117 (UNA); *Marvin v. Crowl*, No. 22-cv-00196 (UNA); *Marvin v. United States*, No. 22-cv-00389 (UNA); *Marvin v. United States*, No. 22-cv-00789 (UNA); *Marvin v. United States*, No. 22-cv-00792 (UNA); *Marvin v. United States*, No. 22-cv-01093 (UNA). Duplicative lawsuits filed by a petitioner proceeding *in forma pauperis* are subject to dismissal as either frivolous or malicious under 28 U.S.C. § 1915(e). *Sturdza v. United Arab Emirates*, No. 09-0699, 2009 WL 1033269, at *1 n.2 (D.D.C. April 16, 2009) (citing *Risley v. Hawk*, 918 F. Supp. 18, 22 (D.D.C.1996), *aff'd*, 108 F.3d 1396 (D.C. Cir. Mar. 05, 1997).

Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is granted. The complaint, ECF No. 1, and this case are dismissed pursuant to Federal Rule 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B)(i).

A separate order will issue with this memorandum opinion.


Date:   January 31, 2025                               /s/_____
                                                        AMIR H. ALI
                                                        *United States District Judge*